IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARC JONES CONSTRUCTION, LLC,
d/b/a Sunpro or ADT Solar                                            PLAINTIFF

v.                            No. 4:22-cv-258-DPM

JUSTIN MORGAN;
DEMETRIUS WILLIAMS;
JERRY GIBSON;
CHASE GIBSON; and
CORNERSTONE CONSTRUCTION
TEAM, LLC                                                            DEFENDANTS

PRELIMINARY INJUNCTION

1.  By 23 May 2022, Justin Morgan must return any hard copies of Sunpro's 17 November 2021 customer list in his possession to counsel for Sunpro. He must also delete or otherwise remove the list from any electronic device, web-based application, or email account to which he currently has access and confirm by affidavit that he has done so.

2.  For one year from the date of this Order, within Arkansas and one hundred miles from anywhere they did business in Arkansas, Justin Morgan, Demetrius Williams, Jerry Gibson, and Chase Gibson are enjoined from soliciting or accepting solar-energy-system business from any person named on Sunpro's 17 November 2021 customer list

and from any person who has interacted with any salesperson acting on Sunpro's behalf.

3. For one year from the date of this Order, within Arkansas and one hundred miles from anywhere they did business in Arkansas, Justin Morgan, Demetrius Williams, Jerry Gibson, and Chase Gibson are enjoined from accepting a referral for solar-energy-system business from any person named on Sunpro's 17 November 2021 customer list and from any person who has interacted with any salesperson acting on Sunpro's behalf. The bar against accepting a referral extends only to those referrals that Justin Morgan, Demetrius Williams, Jerry Gibson, or Chase Gibson know, or reasonably should know, are Sunpro-related.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 May 2022