IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARC JONES CONSTRUCTION, LLC,
d/b/a Sunpro or ADT Solar                                                    PLAINTIFF

v.                          No. 4:22-cv-258-DPM

JUSTIN MORGAN;
DEMETRIUS WILLIAMS;
JERRY GIBSON;
CHASE GIBSON; and
CORNERSTONE CONSTRUCTION
TEAM, LLC                                                                    DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 30 December 2022 to enforce the parties' settlement.

*[signature]*
D.P. Marshall Jr.
United States District Judge

7 November 2022